# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

| | |
|---|---|
| Michelle Lee Hillgrube | Chapter 13 |
| Debtor | Case no. 21-13256 ELF |

## APPLICATION FOR A WAGE ORDER

Debtor, Michelle Hillgrube, also known as Michelle Krier, herby makes Application to this Court for an Order to Debtor's employer, Doylestown Hospital to make the following bi-weekly deductions from her pays ordered by the court and as required in the above reference Chapter 13 case. Payments as set forth in the attached order are to begin with debtor's first pay period in January 2022 and continue until this case is completed or otherwise ordered to stop or modify the obligations.

GELLERT SCALI BUSENKELL & BROWN, LLC

Dated: December 13, 2021

*/s/ Michael A. Cataldo*
Michael A. Cataldo (No. 49431)
1628 John F. Kenned Blvd. Suite 1901
Philadelphia, PA 19103
Telephone: (215) 238-0010
Facsimile: (215) 238-0016
mcataldo@gsbblaw.com

*Counsel to the Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

Michelle Lee Hillgrube  a/k/a   Michelle Krier				Chapter 13

       Debtor				Case no. 21-13256 ELF


## ORDER

Upon Application by the debtor and as directed by this court in a separate Order, It is ordered that Debtor's Employer Doylestown Hospital is to make the following bi-weekly payments directly from her paycheck. Her name and bankruptcy number must be clearly set forth on all remitted payments:  The wage order terminates upon dismissal or discharge and can only be dissolved or modified by a subsequent court order.

Kenneth West, Trustee

PO Box 1799

Memphis Tennessee 38101

Bi-Weekly $640 per pay Starting January 2022


Mill Ridge Condominium

975 Easton Road Suite 102

Warrington Pa 18976

Bi-Weekly $112.50 Starting January 2022


By the Court

_____

U.S. Bankruptcy Judge

Eric L. Frank