## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

Michelle Lee Hillgrube  a/k/a  Michelle Krier        Chapter 13

   Debtor                      Case no. 21-13256 ELF

### ORDER

Upon Application by the Debtor, it is hereby **ORDERED** that:

1. Debtor's Employer, Doylestown Hospital ("the Employer") shall make the following bi-weekly payments directly from her paycheck.

   a. **Kenneth West, Trustee**
      **PO Box 1799**
      **Memphis Tennessee 38101**
      **Bi-Weekly $640 per pay Starting January 2022**

   b. **Mill Ridge Condominium**
      **975 Easton Road Suite 102**
      **Warrington Pa 18976**
      **Bi-Weekly $112.50 Starting January 2022**

2. The Employer shall place the Debtor's name and bankruptcy number clearly on all remitted payments.

3. This wage order terminates upon dismissal or discharge without further order of court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4. The Debtor's counsel shall serve this Order on the Employer.

Date:  12/15/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**